FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 30 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOLEGARIO CARRANZA-ONTIVEROS, | Criminal Information<br><br>No. 1:21-CR-00087-MLB |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

Beginning on a date unknown, and continuing to at least on or about March 28, 2019, in the Northern District of Georgia and elsewhere, the defendant,

DOLEGARIO CARRANZA-ONTIVEROS,

did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with Kemp Duane Broadie, and with others known and unknown, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 846.

### Count Two

On or about March 28, 2019, in the Northern District of Georgia, the defendant,

DOLEGARIO CARRANZA-ONTIVEROS,

did knowingly and intentionally possess at least one of the following firearms, that is:

    a. a Jennings Firearms, model 38, .32 caliber pistol;

    b. an American Tactical Imports (ATI), Omni Hybrid, multi-caliber rifle;

    c. a Taurus, model Millennium PT140 Pro, .40 caliber pistol; and

    d. a Taurus, model PT92 AFS-D, 9mm pistol;

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, conspiracy to possess with intent to distribute a controlled substance as set forth in Count One of this Information, all in violation of Title 18, United States Code, Section 924(c)(l)(A)(i).

### Forfeiture

Upon conviction for the narcotics offenses alleged in Count One of the Criminal Information, the defendant,

DOLEGARIO CARRANZA-ONTIVEROS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of said violation and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including, but not limited to, the following:

- MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense for which the defendant is convicted.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a)    cannot be located upon the exercise of due diligence;

    b)    has been transferred or sold to, or deposited with, a third party;

    c)    has been placed beyond the jurisdiction of the court;

    d)    has been substantially diminished in value; or

    e)    has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

KURT R. ERSKINE
*Acting United States Attorney*

*/s/ Teresa M. Stolze*
TERESA M. STOLZE
*Assistant United States Attorney*
Georgia Bar No. 151873

*/s/ Garrett L. Bradford*
GARRETT L. BRADFORD
*Assistant United States Attorney*
Georgia Bar No. 074374
600 U.S. Courthouse

75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181